IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL ANTHONY COX,

    Petitioner,

vs.

BRUCE PEARSON,

    Respondent.

No. ~~05-2912~~ 05-2910 B/P

ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT OR PAY THE HABEAS FILING FEE

Petitioner Michael Anthony Cox, Bureau of Prisons inmate registration number 14283-056, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a pro se petition pursuant to 28 U.S.C. § 2241 on December 8, 2005. The Clerk shall record the respondent as FCI-Memphis Warden Bruce Pearson.

A habeas petition carries a filing fee of five dollars ($5.00). 28 U.S.C. § 1914(a). Cox's petition is not accompanied by either the filing fee or a motion to proceed in forma pauperis. Accordingly, Cox is ORDERED either to submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the filing fee

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

within thirty (30) days of the entry of this order. The Clerk is ORDERED to mail a copy of the prisoner in forma pauperis affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this \_\_\_\_ day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed in forma pauperis will be denied.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02910 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Michael Anthony Cox
FCI-MEMPHIS
14283-056
P.O. Box 34550
Memphis, TN 38184--055

Honorable J. Breen
US DISTRICT COURT